```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 48713
   BRUCE E MURFF
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-4916


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/11/2005 and was confirmed 12/08/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  96.43% from remaining funds.

     The case was dismissed after confirmation 07/19/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
CHASE HOME FINANCE LLC   CURRENT MORTG         .00            .00            .00
CHASE HOME FINANCE LLC   MORTGAGE ARRE      637.66            .00         637.66
GREEN TREE SERVICING LLC CURRENT MORTG         .00            .00            .00
GREEN TREE SERVICING LLC SECURED NOT I       80.76            .00            .00
CAPITAL ONE              UNSECURED OTH     2080.71            .00         375.02
CREDIGY RECEIVABLES INC  UNSECURED         9709.30            .00        1749.89
DOLLIE I WARREN REED     DEBTOR ATTY      1,500.00                      1,500.00
TOM VAUGHN               TRUSTEE                                          220.15
DEBTOR REFUND            REFUND                                              .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  4,482.72

PRIORITY                                            .00
SECURED                                          637.66
UNSECURED                                      2,124.91
ADMINISTRATIVE                                 1,500.00
TRUSTEE COMPENSATION                             220.15
DEBTOR REFUND                                       .00
                         --------------    --------------
TOTALS                    4,482.72              4,482.72
```

            PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 48713 BRUCE E MURFF

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 10/23/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
      CASE NO. 05 B 48713 BRUCE E MURFF
```