```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 48713
   BRUCE E MURFF
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-4916


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/11/2005 and was confirmed 12/08/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  96.43% from remaining funds.

     The case was dismissed after confirmation 07/19/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
CHASE HOME FINANCE LLC   CURRENT MORTG          .00            .00            .00
CHASE HOME FINANCE LLC   MORTGAGE ARRE       637.66            .00         637.66
GREEN TREE SERVICING LLC CURRENT MORTG          .00            .00            .00
GREEN TREE SERVICING LLC SECURED NOT I        80.76            .00            .00
CAPITAL ONE              UNSECURED OTH      5080.71            .00            .00
CREDIGY RECEIVABLES INC  UNSECURED         9709.30            .00        1749.89
DOLLIE I WARREN REED     DEBTOR ATTY      1,500.00                      1,500.00
TOM VAUGHN               TRUSTEE                                          194.51
DEBTOR REFUND            REFUND                                           400.66

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  4,482.72

PRIORITY                                             .00
SECURED                                           637.66
UNSECURED                                       1,749.89
ADMINISTRATIVE                                  1,500.00
TRUSTEE COMPENSATION                              194.51
DEBTOR REFUND                                     400.66
                         --------------    --------------
TOTALS                       4,482.72           4,482.72




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 48713 BRUCE E MURFF
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 07/24/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

PAGE   2
CASE NO. 05 B 48713 BRUCE E MURFF